## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE FELDER,                          :        No. 3:25-CV-2473
              Petitioner              :
                                       :        (Judge Munley)

    v.                                    :

WARDEN FCI SCHUYLKILL,                     :
              Respondent              :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Terrance Felder's petition for a writ of habeas corpus pursuant to 28
   U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to CLOSE this case.

Date: 7/23/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court